UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| JOSEPH RALPH GIOVINAZZO | ) | CASE NO. 09-33517-PHX RJH |
| LINDA MARIE GIOVINAZZO | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in "347" of the Code.

| CLAIM NO. | CREDITOR' S NAME AND ADDRESS | AMOUNT |
|---:|---|---:|
| 1 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $1.82 |
| 10 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $2.84 |
| 11 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $2.63 |
| 13 | SCHOOLS FIRST FEDERAL CU<br>(fka OCTFCU)<br>Attn: ELMA MCCALLISTER<br>PO BOX 11547<br>SANTA ANA, CA 92711-1547 | $2.07 |
| 2 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025 | $0.69 |

| | | |
|---|---|---|
| | New Albany, OH 43054-3025 | |
| 3 | BUELER JONES<br>1300 N. MCCLINTOCK DR.,<br>STE B4<br>CHANDLER, AZ 85226-7241 | $1.71 |
| 6 | WORLD'S FOREMOST BANK<br>PO Box 82609<br>Lincoln, NE 68501-2609 | $1.25 |
| 7 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $1.81 |
| 8 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $2.41 |
| 9 | AMERICAN ASPHALT PAVING &<br>SEALCOATING, INC<br>PAVING & SEALCOATING, INC<br>642 N 17TH AVE<br>PHOENIX, AZ 85007-2235 | $1.37 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $18.60 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| October 12, 2010 | /s/ S. William Manera |
| Date | S. William Manera |